IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JAMES T. MITCHELL,

        Plaintiff,

vs.

SERGEANT DEVIN RUFF, in his
individual capacity,

        Defendant.

4:24-CV-3046

ORDER

The parties in this case have resolved their claims. Accordingly,

IT IS ORDERED:

1.    On or before July 27, 2026, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

2.    Absent compliance with this order, this case may be dismissed without further notice.

3.    The Clerk of the Court shall set a dismissal papers deadline of July 27, 2026.

4.    The June 1, 2026 status report deadline is terminated.

5.    The defendant's motion for summary judgment (filing 48) is denied without prejudice as moot.

Dated this 26th day of May, 2026.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge